Bryan C. Shartle (*pro hac vice*, Dkt. 23)
Justin H. Homes (*pro hac vice*, Dkt. 24)
Bradley J. St. Angelo (*pro hac vice*, Dkt. 22)
Sessions, Israel & Shartle, L.L.C.
Lakeway II
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Telephone: (504) 828-3700
bshartle@sessions.legal
jhomes@sessions.legal
bstangelo@sessions.legal

George W. Burbidge II, #6503
CHRISTENSEN & JENSEN, P.C
275 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
George.burbidge@chrisjen.com

*Attorneys for Defendant Transworld Systems Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **James T. Snarr,** *on behalf of Plaintiff and Class*, <br><br>  Plaintiffs, <br><br> v. <br><br> **Transworld Systems Inc., U.S. Bank, and National Collegiate Student Loan Trust 2006-3,** <br><br>  Defendants. | **INDEX OF EXHIBITS** <br><br> **Case No. 2:21-CV-00003-HCN** <br><br> **Honorable Howard C. Nielson, Jr.** |

1

# INDEX OF EXHIBITS

**Exhibit A**   Special Servicing Agreement ("SSA")

**Exhibit B**   Default Prevention and Collection Services Agreement ("TSI Agreement")

**Exhibit C**   Docket Sheet (4th District Court – Provo, Utah County, State of Utah, Case No. 199402928), with Complaint and Default Judgment

**Exhibit D**   Affidavit of Aaron Motin

**Exhibit E**   Declaration of Bradley Luke**