# Exhibit C

NATIONAL COLLEGIATE STUDENT vs. JAMES T SNARR et al.
CASE NUMBER 199402928 Debt Collection

CURRENT ASSIGNED JUDGE
    DEREK P PULLAN

PARTIES
    Plaintiff - NATIONAL COLLEGIATE STUDENT
    Represented by: SEAN MORRISSEY

    Defendant - JAMES T SNARR

    Defendant - JEAN FOLSOM - DISMISSED

ACCOUNT SUMMARY
            Total Revenue Amount Due:        360.00
                        Amount Paid:         360.00
                      Amount Credit:           0.00
                             Balance:          0.00
    REVENUE DETAIL - TYPE: COMPLAINT 10K-MORE
                  Original Amount Due:       360.00
                  Amended Amount Due:        360.00
                         Amount Paid:        360.00
                      Amount Credit:           0.00
                             Balance:          0.00

CASE NOTE


PROCEEDINGS
12-03-2019  Filed: Complaint
12-03-2019  Filed return: Summons on Return
                Party Served: JAMES T SNARR
                Service Type: Personal
                Service Date: November 25, 2019
                   Garnishee:
12-03-2019  Case filed by efiler
12-03-2019  Fee Account created Total Due: 360.00
12-03-2019  Fee Account created
12-03-2019  COMPLAINT 10K-MORE  360.00
12-03-2019  Judge DEREK P PULLAN assigned.
12-03-2019  Note: discovery tier set to 1
12-03-2019  Filed: Return of Electronic Notification
02-03-2020  Notice of Intent for Case 199402928
                Judge: DEREK P PULLAN

```
                        Notice is hereby given that, due to inactivity, the above
                        entitled matter may be dismissed for lack of prosecution
                        pursuant to Rule 4-103, Code of Judicial Administration.
                        Unless a written statement is received by the court within
                        20 days of this notice showing good cause why this should
                        not be dismissed, the court will dismiss without further
                        notice.
02-14-2020    Filed: Response to Notice of intent to dismissal
02-14-2020    Filed: Return of Electronic Notification
03-12-2020    Filed: Notice of Dismissal as to Jean Folsom only
03-12-2020    Filed: Return of Electronic Notification
03-13-2020    Dismissed party - FOLSOM, JEAN
04-14-2020    Filed: Affidavit of Attorney Fees and Costs
04-14-2020    Filed: Affidavit/Declaration Support of default judgment
04-14-2020    Filed: Declaration of collection fees
04-14-2020    Filed: Default Certificate (Proposed)
04-14-2020    Filed: Default Judgment (Proposed)
04-14-2020    Filed: Military Service Aff/Declaration
04-14-2020    Filed: Military status
04-14-2020    Filed: Order (Proposed) Military service order
04-14-2020    Filed: Terms and Conditions
04-14-2020    Filed: Return of Electronic Notification
04-15-2020    Filed: Default Certificate
04-15-2020    Filed order: Order Military service order
                      Judge DEREK P PULLAN
                      Signed April 15, 2020
04-15-2020    Filed: Return of Electronic Notification
04-15-2020    Filed: Return of Electronic Notification
04-17-2020    Filed judgment: Order Denying Motion for Default Judgment
                      Judge DEREK P PULLAN
                      Signed April 17, 2020
04-17-2020    Filed: Return of Electronic Notification
04-17-2020    Case Disposition is Judgment
              Disposition Judge is DEREK P PULLAN
04-17-2020    Case Disposition is Denied
              Disposition Judge is DEREK P PULLAN
09-04-2020    Filed: Affidavit of Attorney Fees and Costs
09-04-2020    Filed: Affidavit/Declaration Support Of Default Judgment
09-04-2020    Filed: Declaration of Collection fees
09-04-2020    Filed: Default Certificate (Proposed)
09-04-2020    Filed: Default Judgment (Proposed)
09-04-2020    Filed: Military Service Aff/Declaration
09-04-2020    Filed: Military Status
09-04-2020    Filed: Order (Proposed) Military Service Order
09-04-2020    Filed: Terms And Conditions
09-04-2020    Filed: Return of Electronic Notification
09-04-2020    Filed order: Order Military Service Order
                      Judge DEREK P PULLAN
                      Signed September 04, 2020
09-04-2020    Filed: Return of Electronic Notification
09-10-2020    Filed: Default Certificate
09-10-2020    Filed: Return of Electronic Notification
09-10-2020    Filed judgment: Default Judgment
                      Judge DEREK P PULLAN
```

```
CASE NUMBER: 199402928 Debt Collection
```

```
               Signed September 10, 2020
09-10-2020   Judgment # 1 Entered 20,291.30                                    mindyi

             Creditor  : NATIONAL COLLEGIATE STUDENT
             Debtor    : JAMES T SNARR
             425.00 Costs
             2,297.18 PreJdmtInt
             17,569.12 Principal
             20,291.30 Judgment Grand Total

09-10-2020   Filed: Return of Electronic Notification
09-17-2020   Filed: Notice of Judgment
09-17-2020   Filed: Return of Electronic Notification
```

Sean Morrissey (13083)
Sean Umipig (15934)
Johnson Mark LLC
*Attorneys for Plaintiff*
P.O. Box 7811
Sandy, UT 84091
Tel 801-285-5700
Fax 801-285-5701
utahattorneys@jmlaw.com

**FOURTH JUDICIAL DISTRICT COURT, STATE OF UTAH**
**UTAH COUNTY, AMERICAN FORK DEPARTMENT**

| | |
|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3,<br>        Plaintiff,<br>vs.<br>JAMES T SNARR, and JEAN FOLSOM<br>        Defendant | **COMPLAINT** |

**CLAIMS:**

1. Defendants reside in this county giving rise to this action in this county. Jurisdiction and venue are proper in this court.

2. On or about , Defendants entered into a contract whereby a student loan was obtained. As contemplated at the time of loan origination, Defendants contract was sold by the program lender to Plaintiff for valuable consideration in the course of the securitization process. Plaintiff is a Delaware statutory trust.

3. Pursuant to the contract, the program lender extended credit to Defendants, who agreed to make payments on the credit extended.

4. Defendants have defaulted on the obligation by failing to make payments due under the contract.

5. The amount due and owing to the Plaintiff is $17,569.12 plus set interest that was adjusted periodically according to the LIBOR index rate in the amount of $2,297.18, less any payments made. In addition, Plaintiff is entitled to recover interest from the date of judgment at the legal rate.

6. Further, equity requires Defendants to pay the value of the benefits received.

**DEMAND:** Plaintiff requests judgment as follows:

A.  For damages in the amount of $17,569.12 plus interest in the amount of $2,297.18 less any payments made;

B.  For interest from the date of judgment at the legal rate;

C.  For costs of court both prejudgment and post-judgment; and

D.  Any other relief as the court deems just and equitable.

DATED: November 21, 2019

/s/Sean Umipig
Sean Umipig



Sean Morrissey (13083)
Jon Bonnesen (17460)
Johnson Mark LLC
*Attorneys for Plaintiff*
P.O. Box 7811
Sandy, UT 84091
Tel 801-285-5700
Fax 801-285-5701
utahattorneys@jmlaw.com

### FOURTH JUDICIAL DISTRICT COURT, STATE OF UTAH
### UTAH COUNTY, PROVO DEPARTMENT

| | |
|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, <br>     Plaintiff, <br> vs. <br><br> JAMES T SNARR <br>     Defendants | **DEFAULT JUDGMENT** <br><br> Case No. 199402928 <br> Judge DEREK P PULLAN |

Defendants, having failed to plead or otherwise defend in this action and a default having been entered, it is hereby ordered that plaintiff herein be awarded judgment against Defendants as follows:

| | |
|---|---|
| Plaintiff's Account Balance | $17,569.12 |
| Interest (10/4/2019 to 9/2/2020) | $2,297.18 |
| Attorney's fees | $0.00 |
| Accrued costs to date of Judgment | $425.00 |
| Collection Costs | $0.00 |
| LESS amounts paid by Defendant | $0.00 |
| Total Judgment | $20,291.30 |

The judgment may be augmented to include after accruing costs expended in the collection of said judgment. Plaintiff may continue to conduct discovery related to satisfying the judgment.

********* SIGNATURE AND DATE AT THE TOP *********