Milo Steven Marsden (4879)
Adam C. Buck (12043)
DORSEY & WHITNEY LLP
111 S MAIN ST 21ST FL
SALT LAKE CITY, UT 84111-2176
(801) 933-7360
marsden.steve@dorsey.com
buck.adam@dorsey.com

*Attorneys for Defendants National Collegiate Student Loan Trust 2006-3 and U.S. Bank National Association*

Albert J. Rota (admitted *pro hac vice*)
JONES DAY
2727 North Harwood St.
Dallas, TX 75201
Telephone: 214.969.3698
ajrota@jonesday.com

*Attorney for U.S. Bank National Association*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **JAMES T. SNARR,**  Plaintiff,  vs.  **TRANSWORLD SYSTEM, INC., U.S. BANK, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3,**  **Defendants.** | **U.S. BANK NATIONAL ASSOCIATION'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**  Case No. 2:21-cv-00003  District Judge Howard C. Nielson, Jr.  Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 7-1(b)(4), Defendant U.S. Bank National Association ("U.S. Bank") identifies and attaches as <u>Exhibit A</u> the following supplemental authority that is pertinent to U.S. Bank's Motion to Dismiss Plaintiff's Complaint (ECF No. 27) and the Joint Motion to Dismiss (ECF No. 26) submitted by National Collegiate Student Loan Trust 2006-3 (the "Trust") and U.S. Bank. Specifically, the attached Report and Recommendation ("R&R") entered in *Gosse et al. v. Transworld Systems, Inc. et al.*, No. 3:20-cv-1446 (M.D. Pa. July 13, 2021), addressed and dismissed a state-law "wrongful use of civil proceedings" claim against U.S. Bank, based on allegations concerning the filing of a state court lawsuit (<u>Exhibit A</u>, at 15–21). The following sections of the R&R may be relevant to the Court's consideration of U.S. Bank's arguments for why Plaintiff's claims for civil conspiracy and invasion of privacy should be dismissed (*see* ECF No. 26, at 3–5, 13–19; ECF No. 27, at 3–6):

- Exhibit A at 6, which addresses the amended complaint's reliance on allegations from other lawsuits.

- Exhibit A at 4–5, 19, which discusses how the Special Servicing Agreement "prohibited [U.S. Bank] from directly undertaking debt collection activities or supervising such debt collection activity."

- Exhibit A at 15–20, which discusses why the amended complaint's "general and sweeping allegations" regarding how "U.S. Bank supported a series of debt collection actions," are "insufficient to state a claim upon which relief [may be granted]."

For the Court's convenience, the Amended Complaint at issue in the R&R is attached as <u>Exhibit B</u>. As required by DUCivR 7-1(b)(4), this supplemental authority is appended hereto, without argument.

Dated: July 21, 2021

                                         DORSEY & WHITNEY LLP

                                         <u>/s/ *Adam C. Buck*</u>
                                         Milo Steven Marsden
                                         Adam C. Buck
                                         *Attorneys for Defendants National Collegiate Student Loan Trust 2006-3 and U.S. Bank National Association*

                                         JONES DAY
                                         Albert J. Rota
                                         (admitted *pro hac vice*)
                                         *Attorney for U.S. Bank National Association*

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021 I filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification electronically to all counsel of record.

      /s/ *Adam C. Buck*
Adam C. Buck
*Attorney for Defendants National Collegiate Student Loan Trust 2006-3 and U.S. Bank National Association*