Daniel Baczynski, Bar No. 15530
BACZYNSKI LAW, PLLC
11167 S. Aspen Peak Dr.
South Jordan, UT 84095
(708) 715-2234
dan@bskilaw.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| JAMES T. SNARR,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSWORLD SYSTEMS, INC., U.S. BANK, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3,<br><br>    Defendants. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT U.S. BANK PURSUANT TO FED. R. CIV. P. 41**<br><br>Case No: 2:21-cv-00003-HCN<br><br>Judge: Howard C. Nielson, Jr. |

James T. Snarr (Snarr), by and through his attorney, hereby submits a notice of voluntary dismissal as to U.S. Bank pursuant to Fed Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not yet filed an answer or a motion for summary judgment. Pursuant to Rule 41(a)(1)(B), this voluntary dismissal is without prejudice.

DATED this October 20, 2021.

                                                BACZYNSKI LAW, PLLC


                                                /s/ Daniel Baczynski
                                                Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I certify that on this October 20, 2021. I caused a true and correct copy of this **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT U.S. BANK PURSUANT TO FED. R. CIV. P. 41** to be served on all parties of record through the Court's electronic filing system.

/s/     Daniel Baczynski