Daniel Baczynski, Bar No. 15530
BACZYNSKI LAW, PLLC
12339 S. 800 E., Ste 101
Draper, UT 84020
dan@bskilaw.com
Attorneys for Plaintiff

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| JAMES T. SNARR,<br><br>     Plaintiff,<br><br>vs.<br><br>TRANSWORLD SYSTEMS, INC., U.S. BANK, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3,<br><br>     Defendants. | **NOTICE OF COMPLETION OF LIMITED DISCOVERY**<br><br>Case No: 2:21-cv-00003-HCN<br><br>Judge: Howard C. Nielson, Jr. |

Plaintiff James. T. Snarr and Defendant Transworld Systems Inc. ("TSI") (collectively, the "Parties") hereby provide the Court with this Notice of Completion of Limited Discovery pursuant to the Court's Limited Discovery Scheduling Order (ECF No. 61) dated October 14th, 2021:

Plaintiff has notified TSI that Plaintiff has decided not to proceed with an inspection of the loan schedule source file that is the subject of the Parties' Limited Discovery Plan or with a fact deposition of TSI's corporate representative during Limited Discovery. Accordingly, the Parties hereby notify the Court that limited discovery is completed.

Subject to any further order of the Court, the Parties' post-Fed. R. Civ. P. 12(d) conversion briefing will proceed as specified in the Court's October 14, 2021, Limited Discovery Scheduling Order (ECF No. 61).

DATED this March 28, 2022.

BACZYNSKI LAW, PLLC


/s/ Daniel Baczynski
Counsel for Plaintiff


Sessions, Israel & Shartle, L.L.C.

/s/ Justin H. Homes
(pro hac vice, Dkt. 24)
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Telephone: (504) 828-3700
jhomes@sessions.legal
Attorneys for Defendant,
Transworld Systems Inc.

## CERTIFICATE OF SERVICE

I certify that on this <u>April 1, 2022</u>. I caused a true and correct copy of this **NOTICE TO COURT THAT PLAINTIFF HAS COMPLETED LIMITED DISCOVERY** to be served on all parties of record through the Court's electronic filing system.

<u>/s/      Daniel Baczynski  </u>