# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| JAMES T. SNARR,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSWORLD SYSTEMS, INC.,<br>NATIONAL COLLEGIATE STUDENT<br>LOAN TRUST 2006-3,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES**<br><br>Case No: 2:21-cv-00003-HCN-DBP<br><br>District Court Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is Plaintiff and Defendant Transworld Systems Inc.'s ("TSI") Stipulated Motion to Extend Briefing Deadlines ("Motion"). For good cause appearing, the Court GRANTS the Motion (ECF No. 68) and hereby orders:

1. Plaintiff submit any supplemental briefing on the converted Rule 12(d) motion by **April 25, 2022**; and

2. Defendant TSI submit any supplemental briefing on the converted Rule 12(d) motion by **May 19, 2022**.

DATED this 21st day of April, 2022.

BY THE COURT:

_____
Dustin B. Pead, U.S. Magistate Judge