AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

James T. Snarr,

    Plaintiff,

v.

Transworld Systems, Inc., and National Collegiate Student Loan Trust 2006-3,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-cv-3-HCN

IT IS ORDERED AND ADJUDGED

That summary judgment is granted in favor of Defendant Transworld Systems, Inc. on all of Plaintiff's claims against this Defendant and that all of Plaintiff's claims against National Collegiate Student Loan Trust 2006-3 are dismissed with prejudice.

July 6, 2022
*Date*

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge